**1:CV-00-2184**

(see instructions, page 1 of this form)

12-20-00

## FORMA PAUPERIS DECLARATION

I, __YONNIE BAILEY #46949-066__, do hereby certify that I am a citizen of the United States of America that because of my poverty I am unable to pay the costs of said suit or action; that I am unable to give security for the same: and that I believe I am entitled to the redress I seek in said suit or action.

I have in my prison account  $5.13

Executed at  USP Allenwood, White Deer, PA.
Name of Institution, City, and State

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-5-00
Date

_Yonnie Bailey_
Signature of Petitioner
YONNIE BAILEY

FILED
SCRANTON
DEC 15 2000

-9-

PER _____ DEPUTY CLERK

RECEIVED
SCRANTON

DEC 12 2000

UNITED STATES DISTRICT COURT
MARY E. D'ANDREA, CLERK
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
PER _____ DEPUTY CLERK

United States

v

| YONNIE BAILEY #46949-066 | VS. | JAKE MENDEZ-WARDEN |
| Petitioner | | Respondent |

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 5.13 on account to his credit at the USP Allenwood institution where he is confined.

I further certify that petitioner likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

_____

_____
Authorized Officer of Institution
Inmate Accounts

-10-

ACCOUNT STATEMENT

USP ALLENWOOD*LIMITED OFFICAL USE*  DATE 12/06/00
P.O. BOX 3000                        PAGE No.01
WHITE DEER, PA 17810

Account # 46949066

BAILEY, YONNIE NMI
111B

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 10.26 | .00 | .00 | .00 | 10.26 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 101BF1 | 20:32 | 09-30-00 | DEPOSIT ITS FUNDS | 1.00- | 9.26 |
| 1033FC | 20:32 | 10-02-00 | DEPOSIT ITS FUNDS | 2.00- | 7.26 |
| SEP00P | 8:40 | 10-04-00 | PERFORMANCE PAY | 45.46 | 52.72 |
| 105A4F | 17:39 | 10-05-00 | DEPOSIT ITS FUNDS | 12.00- | 40.72 |
| 000068 | 20:57 | 10-05-00 | SALE / REGULAR | 28.15- | 12.57 |
| 109A38 | 17:30 | 10-09-00 | DEPOSIT ITS FUNDS | 7.00- | 5.57 |
| 10L42D | 12:15 | 10-15-00 | DEPOSIT ITS FUNDS | 5.00- | .57 |
| OCT00P | 14:08 | 11-03-00 | PERFORMANCE PAY | 57.42 | 57.99 |
| 11D04D | 12:19 | 11-04-00 | DEPOSIT ITS FUNDS | 9.00- | 48.99 |
| 11F5C6 | 16:42 | 11-06-00 | DEPOSIT ITS FUNDS | 5.00- | 43.99 |
| 000104 | 20:27 | 11-08-00 | SALE / REGULAR | 43.35- | .64 |
| T02339 | 14:56 | 11-22-00 | MONEY ORDER | 15.00 | 15.64 |
| T02340 | 14:58 | 11-22-00 | MONEY ORDER | 20.00 | 35.64 |
| 12C6C3 | 16:46 | 11-22-00 | DEPOSIT ITS FUNDS | 25.00- | 10.64 |
| 000038 | 19:42 | 11-30-00 | SALE / REGULAR | 10.55- | .09 |
| NOV00P | 10:09 | 12-05-00 | PERFORMANCE PAY | 30.74 | 30.83 |
| 136708 | 17:14 | 12-05-00 | DEPOSIT ITS FUNDS | 4.00- | 26.83 |
| 000083 | 20:49 | 12-05-00 | SALE / REGULAR | 21.70- | 5.13 |

**** TRANSACTION TOTAL ****    5.13-

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|

```
                                        ACCOUNT
                                        STATEMENT
                                        DATE 12/06/00
                                        PAGE No. 01


                              Account # 46940066

BAILEY, YONNIE NMI
IIIB
```

| BEGINNING BALANCE | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| .90 | .00 | .00 | .00 | .90 | |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DEC99P | 9:47 | 01-04-00 | PERFORMANCE PAY | 57.85 | 58.75 |
| 0206C7 | 17:20 | 01-04-00 | DEPOSIT ITS FUNDS | 10.00- | 48.75 |
| 000034 | 18:00 | 01-06-00 | SALE / REGULAR | 43.24- | 5.51 |
| 000035 | 18:04 | 01-06-00 | SALE / REGULAR | 1.95- | 3.56 |
| 02A87C | 18:52 | 01-06-00 | DEPOSIT ITS FUNDS | 3.00- | .56 |
| T05015 | 13:11 | 01-21-00 | MONEY ORDER | 20.00 | 20.56 |
| 0362SD | 17:08 | 01-21-00 | DEPOSIT ITS FUNDS | 7.00- | 13.56 |
| 000016 | 17:31 | 01-24-00 | SALE / REGULAR | 13.40- | .16 |
| JAN00P | 8:15 | 02-02-00 | PERFORMANCE PAY | 62.20 | 62.36 |
| 03E9CB | 20:55 | 02-02-00 | DEPOSIT ITS FUNDS | 5.00- | 57.36 |
| 000044 | 18:20 | 02-03-00 | SALE / REGULAR | 46.80- | 10.56 |
| P-0723 | 9:44 | 02-08-00 | COMMISSARY FORM | 5.00- | 5.56 |
| 044796 | 17:03 | 02-09-00 | DEPOSIT ITS FUNDS | 3.00- | 2.56 |
| T05773 | 13:57 | 02-10-00 | MONEY ORDER | 25.00 | 27.56 |
| 000063 | 19:47 | 02-10-00 | SALE / REGULAR | 26.60- | .96 |
| FEB00P | 9:21 | 03-06-00 | PERFORMANCE PAY | 47.48 | 48.44 |
| 056DFE | 17:27 | 03-06-00 | DEPOSIT ITS FUNDS | 5.00- | 43.44 |
| 057BFA | 18:38 | 03-07-00 | DEPOSIT ITS FUNDS | 5.00- | 38.44 |
| T06961 | 12:52 | 03-08-00 | MONEY ORDER | 100.00 | 138.44 |
| 000041 | 18:11 | 03-08-00 | SALE / REGULAR | 46.07- | 92.37 |
| 059421 | 17:16 | 03-09-00 | DEPOSIT ITS FUNDS | 5.00- | 87.37 |
| 05AF7B | 18:07 | 03-11-00 | DEPOSIT ITS FUNDS | 5.00- | 82.37 |
| P-0912 | 8:53 | 03-13-00 | COMMISSARY FORM | 18.00- | 64.37 |
| P-0926 | 9:07 | 03-13-00 | COMMISSARY FORM | 10.00- | 54.37 |
| T07161 | 14:19 | 03-13-00 | MONEY ORDER | 65.00 | 119.37 |
| 000044 | 18:00 | 03-14-00 | SALE / REGULAR | 40.50- | 78.87 |
| 000045 | 18:01 | 03-14-00 | SALE / REGULAR | 2.50- | 76.37 |
| 060A7E | 7:31 | 03-19-00 | DEPOSIT ITS FUNDS | 1.00- | 75.37 |
| 000044 | 18:28 | 03-20-00 | SALE / REGULAR | 7.75- | 67.62 |
| 063BF3 | 18:11 | 03-23-00 | DEPOSIT ITS FUNDS | 5.00- | 62.62 |
| 066738 | 21:45 | 03-26-00 | DEPOSIT ITS FUNDS | 2.00- | 60.62 |
| 066BC1 | 17:24 | 03-27-00 | DEPOSIT ITS FUNDS | 5.00- | 55.62 |
| 0681CF | 17:10 | 03-29-00 | DEPOSIT ITS FUNDS | 5.00- | 50.62 |
| 0682E6 | 17:32 | 03-29-00 | DEPOSIT ITS FUNDS | 2.00- | 48.62 |
| MAR00P | 12:49 | 04-03-00 | PERFORMANCE PAY | 60.60 | 109.22 |
| 06D6B4 | 17:30 | 04-04-00 | DEPOSIT ITS FUNDS | 5.00- | 104.22 |
| 06F309 | 17:15 | 04-06-00 | DEPOSIT ITS FUNDS | 4.00- | 100.22 |
| 000097 | 18:54 | 04-06-00 | SALE / REGULAR | 36.20- | 64.02 |
| T08536 | 13:30 | 04-12-00 | MONEY ORDER | 50.00 | 114.02 |
| 074B97 | 17:05 | 04-12-00 | DEPOSIT ITS FUNDS | 9.00- | 105.02 |
| 000043 | 18:27 | 04-12-00 | SALE / REGULAR | 26.34- | 78.68 |

```
                                    ACCOUNT
                                    STATEMENT
                                    DATE 12/06/00
                                    PAGE No. 02


                                    Account # 46949066

BAILEY, YONNIE NMI
IIIB
```

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT  |        |
|---------|-------|----------|-------------------------|---------|--------|
| 077D08  | 19:26 | 04-15-00 | DEPOSIT ITS FUNDS       | 5.00-   | 73.68  |
| 07A559  | 17:27 | 04-18-00 | DEPOSIT ITS FUNDS       | 5.00-   | 68.68  |
| P-1157  | 10:43 | 04-19-00 | COMMISSARY FORM         | 18.00-  | 50.68  |
| P-1181  | 9:08  | 04-21-00 | COMMISSARY FORM         | 30.00-  | 20.68  |
| 07DA1D  | 11:33 | 04-22-00 | DEPOSIT ITS FUNDS       | 4.00-   | 16.68  |
| 000046  | 18:26 | 04-24-00 | SALE / REGULAR          | 12.00-  | 4.68   |
| 08132E  | 21:03 | 04-26-00 | DEPOSIT ITS FUNDS       | 4.00-   | .68    |
| APR00P  | 9:59  | 05-03-00 | PERFORMANCE PAY         | 56.73   | 57.41  |
| 0561E1  | 17:17 | 05-03-00 | DEPOSIT ITS FUNDS       | 2.00-   | 55.41  |
| 000050  | 18:52 | 05-04-00 | SALE / REGULAR          | 37.06-  | 18.35  |
| 087D52  | 20:28 | 05-04-00 | DEPOSIT ITS FUNDS       | 5.00-   | 13.35  |
| 090984  | 17:04 | 05-12-00 | DEPOSIT ITS FUNDS       | 8.00-   | 5.35   |
| T09833  | 14:18 | 05-15-00 | MONEY ORDER             | 100.00  | 105.35 |
| 094B6D  | 20:02 | 05-15-00 | DEPOSIT ITS FUNDS       | 5.00-   | 100.35 |
| 000034  | 18:12 | 05-16-00 | SALE / REGULAR          | 26.92-  | 73.43  |
| 0956AA  | 19:29 | 05-18-00 | DEPOSIT ITS FUNDS       | 5.00-   | 68.43  |
| 097A7D  | 20:04 | 05-18-00 | DEPOSIT ITS FUNDS       | 5.00-   | 63.43  |
| P-1335  | 10:25 | 05-19-00 | COMMISSARY FORM         | 35.00-  | 28.43  |
| P-1344  | 10:30 | 05-19-00 | COMMISSARY FORM         | 18.00-  | 10.43  |
| 09C3A0  | 17:52 | 05-23-00 | DEPOSIT ITS FUNDS       | 5.00-   | 5.43   |
| 09E54A  | 17:17 | 05-26-00 | DEPOSIT ITS FUNDS       | 5.00-   | .43    |
| T10543  | 12:51 | 06-01-00 | MONEY ORDER             | 25.00   | 25.43  |
| 0A2BE0  | 17:04 | 06-01-00 | DEPOSIT ITS FUNDS       | 10.00-  | 15.43  |
| 000032  | 18:02 | 06-02-00 | SALE / REGULAR          | 14.45-  | .98    |
| MAY00P  | 11:40 | 06-05-00 | PERFORMANCE PAY         | 66.99   | 67.97  |
| 0A685B  | 17:08 | 06-05-00 | DEPOSIT ITS FUNDS       | 5.00-   | 62.97  |
| 0A6D80  | 19:21 | 06-05-00 | DEPOSIT ITS FUNDS       | 5.00-   | 57.97  |
| T10834  | 13:40 | 06-07-00 | MONEY ORDER             | 100.00  | 157.97 |
| 000017  | 17:38 | 06-07-00 | SALE / REGULAR          | 40.59-  | 117.38 |
| 000019  | 17:42 | 06-07-00 | SALE / REGULAR          | 6.40-   | 110.98 |
| 0A8A8A  | 18:00 | 06-07-00 | DEPOSIT ITS FUNDS       | 10.00-  | 100.98 |
| 0AA648  | 17:03 | 06-09-00 | DEPOSIT ITS FUNDS       | 10.00-  | 90.98  |
| 000003  | 11:22 | 06-12-00 | SALE / REGULAR          | 65.95-  | 25.03  |
| 000021  | 17:53 | 06-13-00 | SALE / REGULAR          | 19.62-  | 5.41   |
| 0AE1CA  | 18:54 | 06-13-00 | DEPOSIT ITS FUNDS       | 5.00-   | .41    |
| JUN00P  | 8:06  | 07-05-00 | PERFORMANCE PAY         | 54.81   | 55.22  |
| 0BEEB0  | 17:21 | 07-05-00 | DEPOSIT ITS FUNDS       | 5.00-   | 50.22  |
| 0BFD8B  | 17:17 | 07-06-00 | DEPOSIT ITS FUNDS       | 5.00-   | 45.22  |
| 0C0C95  | 17:13 | 07-07-00 | DEPOSIT ITS FUNDS       | 5.00-   | 40.22  |
| 000048  | 18:33 | 07-07-00 | SALE / REGULAR          | 30.30-  | 9.92   |
| 0C47E1  | 17:08 | 07-11-00 | DEPOSIT ITS FUNDS       | 3.00    | 6.92   |
| 0C73AE  | 19:31 | 07-15-00 | DEPOSIT ITS FUNDS       | 6.00-   | .92    |
| JUL00P  | 10:35 | 08-01-00 | PERFORMANCE PAY         | 60.68   | 61.60  |
| 0D2DA6  | 18:38 | 08-01-00 | DEPOSIT ITS FUNDS       | 10.00-  | 51.60  |

```
                                          ACCOUNT
                                          STATEMENT
                                          DATE 12/06/00
                                          PAGE No. 03


                                    Account # 46949066

BAILEY, YONNIE NMI
IIIB
```

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000050 | 18:54 | 08-03-00 | SALE / REGULAR | 49.70 | 1.90 |
| 000057 | 19:06 | 08-03-00 | SALE / REGULAR | 2.00 | 3.90 |
| T13509 | 13:58 | 08-09-00 | MONEY ORDER | 99.20 | 103.10 |
| 0DA188 | 18:01 | 08-09-00 | DEPOSIT ITS FUNDS | 8.00- | 95.10 |
| 000099 | 19:00 | 08-09-00 | SALE / REGULAR | 60.95 | 34.15 |
| 0DBE65 | 19:57 | 08-11-00 | DEPOSIT ITS FUNDS | 5.00- | 29.15 |
| 000064 | 19:03 | 08-15-00 | SALE / REGULAR | 9.35- | 19.80 |
| 000066 | 19:05 | 08-15-00 | SALE / REGULAR | .66- | 19.14 |
| 0DF84C | 21:26 | 08-15-00 | DEPOSIT ITS FUNDS | 5.00 | 14.14 |
| 0E26D6 | 17:53 | 08-19-00 | DEPOSIT ITS FUNDS | 6.00- | 8.14 |
| T14064 | 14:39 | 08-21-00 | MONEY ORDER | 25.00 | 33.14 |
| 0E3B5D | 16:38 | 08-21-00 | DEPOSIT ITS FUNDS | 12.00- | 21.14 |
| 000041 | 18:27 | 08-21-00 | SALE / REGULAR | 13.14 | 8.00 |
| 000057 | 14:54 | 09-01-00 | SALE / REGULAR | 8.00- | .00 |
| AUG00P | 12:28 | 09-06-00 | PERFORMANCE PAY | 57.64 | 57.64 |
| 0EED06 | 18:24 | 09-06-00 | DEPOSIT ITS FUNDS | 10.00- | 47.64 |
| 000049 | 19:12 | 09-07-00 | SALE / REGULAR | 41.08- | 6.56 |
| 0F0BB5 | 18:50 | 09-08-00 | DEPOSIT ITS FUNDS | 1.00- | 5.56 |
| P-9920 | 13:53 | 09-18-00 | COMMISSARY FORM | 5.00- | .56 |
| T15346 | 14:21 | 09-20-00 | MONEY ORDER | 50.00 | 50.56 |
| 0FA619 | 18:53 | 09-20-00 | DEPOSIT ITS FUNDS | 9.00- | 41.56 |
| 000036 | 18:10 | 09-21-00 | SALE / REGULAR | 22.30- | 19.26 |
| 0FCCB1 | 20:32 | 09-23-00 | DEPOSIT ITS FUNDS | 9.00- | 10.26 |

```
                    **** TRANSACTION TOTAL ****      9.36
```

| ---ENDING--- | ---AVAILABLE | ENCUMBRANCE | OUTSTANDING | SPECIAL | ACCOUNT |
|---|---|---|---|---|---|
| BALANCE | BALANCE | BALANCE | BALANCE | BALANCE | BALANCE |