sec att

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YONNIE BAILEY, | : | |
| Petitioner | : | CIVIL NO. 1:CV-00-2184 |
| v. | : | (Judge Caldwell) |
| JAKE MENDEZ, | : | |
| Respondent | : | |

FILED
HARRISBURG, PA
FEB 15 2001
MARY E. D'ANDREA, CLERK
PER [signature] DEPUTY CLERK

ORDER

AND NOW, this 15th day of February, 2001, it is ordered that:

1. The motion to proceed in forma pauperis (doc. 2) is granted.

2. The Clerk of Court is directed to serve a copy of the petition for a writ of habeas corpus on the Respondent, Jake Mendez, and on the United States Attorney and the Pennsylvania Board of Probation and Parole.

3. Within twenty days of the date of this order, Respondent shall respond to the allegations in the petition.

4. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

5. Petitioner shall, if he so desires, file a reply to the response within fifteen days of its filing.

William W. Caldwell
William W. Caldwell
United States District Judge