**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pa. Board of Prob. & Parole
1101 South Front Street
Harrisburg, Pa. 17104-2518

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: FEB 16 2001
C. Signature: X [signature: Imhoff]
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type

1: CV-00-2184

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jake Mendez
USP Allenwood
P.O. Box 3000
White Deer, Pa. 17887

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery: 2-16-01
C. Signature: X [signature]
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 00-2184 J.Ladd.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Ashcroft, Attorney General
U. S. Department of Justice
P.O. Box 878, Ben Franklin Station

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): DEPARTMENT OF JUSTICE
B. Date of Delivery: FEB 20 2001
C. Signature: X [signature: Ernest L. Parkir]
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barasch, U.S. Attorney
P.O. Box 11754
Harrisburg, Pa. 17108

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery: FEB 16 2001
C. Signature: X [signature]
☐ Agent ☒ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

[postmark: FEB 16 2001 HARRISBURG PA]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0023 0166 2374

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

00-2184 J.Ladd
Sender 2-15-01
4 of 4.