IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YONNIE BAILEY,

    Petitioner

v.

JAKE MENDEZ,

    Respondent

CIVIL NO. 1:CV-00-2184

(Judge Caldwell)

FILED
HARRISBURG, PA

MAR 12 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

O R D E R

AND NOW, this 12th day of March, 2001, upon consideration of Respondent's motion for an extension of time within which to file a response to the petition, it is ordered that the motion (doc. 5) is granted. Respondent shall file a response to the petition on or before March 14, 2001.

William W. Caldwell
United States District Judge

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                            March 12, 2001


     Re:  1:00-cv-02184    Bailey v. Mendez



     True and correct copies of the attached were mailed by the clerk
     to the following:


          Yvonne Bailey
          USP-ALLENWOOD
          Maximum Security Correct. Inst.
          46949-066
          P.O. Box 3000
          White Deer, PA  17887

          Matthew Edward Haggerty, Esq.
          United States Attorney's Office
          217 Federal Building
          228 Walnut Street
          P.O. Box 11754
          Harrisburg, PA  17108
```

```
cc:
Judge                           ( /)              ( ) Pro Se Law Clerk
Magistrate Judge                ( )               ( ) INS
U.S. Marshal                    ( )               ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____  ( )
                                                    MARY E. D'ANDREA, Clerk
```

DATE: _____3/12/01_____          BY: _____
                                          Deputy Clerk