*See Attachment*

⑬
8-21-01
sa

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

YONNIE BAILEY, :
:
    Petitioner :
: CIVIL NO. 1:CV-00-2184
v. :
: (Judge Caldwell)
JAKE MENDEZ, :
:
    Respondent :

FILED
HARRISBURG, PA

AUG 2 0 2001

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

O R D E R

AND NOW, this 20th day of August, 2001, it is ORDERED that upon consideration of the Pennsylvania Board of Probation and Parole's request for additional time to respond to the petition for writ of habeas corpus (doc. 11), IT IS ORDERED THAT said motion is GRANTED. A response to the petition for writ of habeas corpus shall be filed on or before August 27, 2001.

    Petitioner Bailey may file a traverse within fifteen (15) days of receipt of the Pennsylvania Board of Probation and Parole's filings.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 20, 2001

Re:  1:00-cv-02184   Bailey v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

    Yvonne Bailey
    USP-ALLENWOOD
    Maximum Security Correct. Inst.
    46949-066
    P.O. Box 3000
    White Deer, PA  17887

    Matthew Edward Haggerty, Esq.
    Office of the U.S. Attorney
    309 Federal Building
    Scranton, PA  18501

    Seth Adam Mendelsohn, Esq.
    Office of Attorney General
    Strawberry Square, 15th Floor
    Harrisburg, PA  17120

cc:
| | | | |
|---|---|---|---|
| Judge | (✓) | (✓) Pro Se Law Clerk | Taggart |
| Magistrate Judge | ( ) | ( ) INS | |
| U.S. Marshal | ( ) | ( ) Jury Clerk | |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: | |
| | | U.S. Marshal ( )   Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail | |
| | | to:  US Atty Gen ( )   PA Atty Gen ( ) | |
| | | DA of County ( )   Respondents ( ) | |

Bankruptcy Court            ( )
Other _____       ( )

                                        MARY E. D'ANDREA, Clerk

DATE: __8/20/01__                       BY: _____
                                            Deputy Clerk