Yonnie Bailey
Fed No. 46949-066
P.O. Box 3000
White Deer, Pa. 17887

JUDGE'S COPY

FILED
HARRISBURG, PA
DEC 19 2001
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

December 14, 2001

Clerk for the
Honorable Judge William W. Caldwell
U.S. District Court
Middle District of Pa.
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

Ref: Yonnie Bailey
     v.
     Jake Mendez
     CA No. 1:CV-00-2184

Dear Sir/Madam,

   I am writing directly to you to respectfully request that you kindly inform me of the status of my petition for writ of habeas corpus asking that the Pa. Bd. of Probation and Parole drop its detainer against me. The last pleading filed in this matter was on or about August 27, 2001, wherein petitioner filed his response to the supplemental brief of the Pa. Board of Probation and Parole.

   Your kind written response will be greatly appreciated. I was unable to call which would have saved time.

Respectfully submitted,

Yonnie Bailey
Yonnie Bailey

cc: file copy