UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

YONNIE BAILEY, :
:
        Petitioner :
: CIVIL NO. 1:CV-00-2184
    v. :
: (Judge Caldwell)
JAKE MENDEZ, :
:
        Respondent :

O R D E R

AND NOW, this 27th day of March, 2002, for the reasons set forth in the accompanying Memorandum, it is ordered that:

1. The petition for writ of habeas is denied.

2. The Clerk of Court is directed to close this case.

3. Based on the Court's decision herein, there is no basis for the issuance of a certificate of appealability.

WILLIAM W. CALDWELL
United States District Judge

FILED
MAR 27 2002
HARRISBURG, PA.    DEPUTY CLERK